[86-1, 87-1, 88-1]

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

IN RE TELLIUM, INC.
SECURITIES LITIGATION

Civil Action No. 02-cv-5878 (FLW)

This matter having been opened to the Court by McCarter & English, LLP, counsel for

Defendants Tellium, Inc., Richard W. Barcus, Harry J. Carr, Michael M. Connors, Jeffrey A.

Feldman, Edward F. Glassmeyer, Michael J. Losch, William A. Roper, Jr., and Richard C.

Smith, Jr. ("Tellium Defendants"); Latham & Watkins, LLP, counsel for Defendant Morgan

Stanley; and Kirkpatrick & Lockhart, LLP, counsel for Defendants Thomas Weisel Partners LLC

and William B. Bunting ("TWP Defendants"), seeking dismissal of Plaintiffs' Second

Consolidated and Amended Class Action Complaint ("SAC"); the Court having considered the

moving papers, Plaintiffs' opposition, and Defendants' replies thereto; pursuant to Fed. R. Civ.

P. 78; for the reasons noted in my written opinion of this date; and for good cause shown,

IT IS on this 30th day of June, 2005,

ORDERED that Morgan Stanley's Motion to Dismiss Count 1 of the SAC is GRANTED

IN PART AND DENIED IN PART; the Tellium Defendants' Motion to Dismiss Count 1 of the

SAC, on behalf of Defendants Connors, Feldman, Glassmeyer, Roper and Smith, is GRANTED

IN PART AND DENIED IN PART; and the TWP Defendants' Motion to Dismiss Count 1 of the

SAC is GRANTED IN PART AND DENIED IN PART; and it is further

ORDERED that the Tellium Defendants' Motion to Dismiss Count II of the SAC is GRANTED IN PART AND DENIED IN PART as to Defendants Tellium and Carr, and GRANTED as to Defendants Losch and Barcus with prejudice; and it is further;

ORDERED that the Tellium Defendants' Motion to Dismiss Count III of the SAC is DENIED as to Carr, but GRANTED as to Losch and Barcus with prejudice; and it is further

ORDERED that the TWP and Tellium Defendants' Motions to Dismiss Counts IV, V, and VI of the SAC are GRANTED with prejudice.

/s/ Freda L. Wolfson
The Honorable Freda L. Wolfson
United States District Judge